**In re NAS NALLE AUTOMATION SYSTEMS, LLC.**

No. 2014–1487.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2015.

Andrew C. Lake, Pitts & Lake, P.C., Knoxville, TN, argued for appellant.

Frances Lynch, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Nathan K. Kelly, Jamie L. Simpson.

PROST, Chief Judge, NEWMAN and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**